Form ntcrnstcs

211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **07−59980−pjs**
Chapter: 13

In Re: (NAME OF DEBTOR(S))

| | |
|---|---|
| Charles Sannes | Miriam Sannes |
| 23049 Aspen Blvd. | 23049 Aspen Blvd. |
| Chelsea, MI 48118 | Chelsea, MI 48118 |

Social Security No.:
  xxx−xx−8726                         xxx−xx−8705

Employer's Tax I.D. No.:

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF REINSTATEMENT OF CASE

*To the Creditors of the above−named Debtor(s):*

**NOTICE IS HEREBY GIVEN** that on **11/05/2007** , an order was entered **reinstating** the above entitled chapter **13** case.

Dated: 11/6/07

BY THE COURT

Katherine B. Gullo , Clerk of Court
UNITED STATES BANKRUPTCY COURT